# United States Court of Appeals
## For the First Circuit

---

Nos. 11-1242,
    11-1244,
    11-1245

UNITED STATES,

Appellee,

v.

LEONEL DAVID MALDONADO-ESCARFULLERY,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on August 20, 2012, is amended as follows:

On page 4, line 13, the defendant's name is spelled "Maldonado-Escarfullery."